## DAVIS v. STATE.
### No. 26320.

Court of Criminal Appeals of Texas.
April 22, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

WOODLEY, Judge.

Appellant pleaded guilty before the court to the offense of selling whisky in a dry area, and her punishment was assessed at a fine of $250.

No statement of facts or bills of exception are found in the record and nothing is presented for review by this court.

The judgment is affirmed.

## Ex parte Walter Reece MOSELY.
### No. 26400.

Court of Criminal Appeals of Texas.
April 22, 1953.

No attorney on appeal.

Wesley Dice, State's Atty., Austin, for the State.

MORRISON, Judge.

The relator was ordered to enter into a peace bond and was remanded to jail for failure to make the same. He applied for a writ of habeas corpus; the court denied the relief prayed for; and relator appealed.

Relator now moves to dismiss this appeal.

The request is granted, and the appeal is dismissed.